**Order entered June 17, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00175-CV

**PATRICIA A. ERVING, Appellant**

**V.**

**GARLAND HOUSING AGENCY, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15968**

### ORDER

Before the Court is appellant's June 15, 2022 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 15, 2022.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE